# PROPERTY CLERK'S INVOICE



PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**N 681660**

- ☒ ARREST EVIDENCE
- ☐ INVESTIGATORY
- ☐ DECEDENT'S PROPERTY
- ☐ PEDDLER PROPERTY
- ☐ FOUND PROPERTY
- ☐ OTHER

| Arresting/Assigned Officer | DATE PREPARED: 05/23/07 | | | YR 2007 | PCT 077 |
|---|---|---|---|---|---|
| ESPINAL | Rank PO | Shield No. 9609 | Tax Reg. No. | | Command 077 |
| Prisoner's Last Name: PHILLIPS | First: DINO | Age: 38 | Address: 119-27 GUY BREWER BLVD | No. of Prisoners: 01 | Acc./Aided #: / |
| Date of Arrest: 05/23/07 | Arrest No. K07646597 | Charge/Offense Under Investigation: 120.05/221.10 | | Fel. ☒ Misd. ☒ J.D. ☐ Viol. ☐ | Complaint No. 4416X |
| Finder of Property: A/O | | Address: 127 UTICA AVENUE BKLYN NY | | | Telephone No. |
| Owner's Name: PHILLIPS, DINO | | Address: | | | Telephone No. |
| Complainant's Name: PSNY | | Address: | | | Telephone No. |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | ZIPLOCK BAG CONTAINING MARIJUANA (FTP) | | | |
| 02 | 01 | ZIPLOCK BAG CONTAINING MARIJUANA | | | |

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

THE ABOVE IS A COMPLETE LIST OF ALL ITEMS VOUCHERED.

**R.T.O.**

REMARKS: T/P/O THE ABOVE ITEMS WERE RECOVERED FROM DEFT AND VOUCHERED AS ARREST EVIDENCE NARC, ENVELOPE#H405175 SEC. ENVELOPE#E659135

Property Clerk Storage Loc: NARCOTICS

Boro Storage No. 08/34/82

N 681660