AO 450 (Rev. 11/11) Judgment in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DINO PHILLIPS<br>*Plaintiff*<br>v.<br>EDWARD ESPINAL, CHARLENE SMITH, HECTOR MORALES and PETER O'NEILL<br>*Defendant* | Civil Action No. 10CV2330(MKB) |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 07 2012 ★
BROOKLYN OFFICE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:   The Jury rendered a verdict in favor of the defendants on all claims.

This action was *(check one)*:

☒ tried by a jury with Judge   MARGO K. BRODIE   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   08/03/2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*